USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIEAMA BAXTER,

Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER**

26-CV-7985 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Notice of Appearance and Waiver of Service filed on November 4, 2026. ECF Nos. 11, 12. On October 5, 2026, the District Judge entered an order requesting "that Defendants City of New York and NYPD Detective Heseretiti Charles waive service of summonses." ECF No. 7 at 5. The Waiver of Service, however, was only filed on behalf of the City of New York, not Detective Charles. Counsel for the City of New York is directed to file a letter by **November 11, 2026** stating whether Detective Charles is waiving service or insists that he be served by the U.S. Marshals Service.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge